# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM E. BARTEL, AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF DEWEY B.
JORDAN

VERSUS

ALCOA STEAMSHIP COMPANY,
INC., DELTA STEAMSHIP LINES
INC., PACIFIC GULF MARINE,
SEA-LAND SERVICE INC.,
WATERMAN STEAMSHIP
CORPORATION AND WESTCHESTER
SHIPPING INC.

NO.  2025 CW 1119

**JANUARY 23, 2026**

---

In Re:   Alcoa  Steamship  Company,  Inc.,  Crowley  Marine
Services,  Inc.,  formerly  known  as  Delta  Steamship
Lines,  Inc.,  and  Residual  Enterprises  Corporation,
formerly  known  as  SL  Service,  Inc.  F/K/A  Sea-Land
Services,  Inc.,  applying  for  supervisory  writs,  19th
Judicial  District  Court,  Parish  of  East  Baton  Rouge,
No. 629005.

---

**BEFORE:    McCLENDON,  C.J.,  GREENE AND STROMBERG,  JJ.**

   **WRIT DENIED.**

                             **PMc**
                             **HG**
                             **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY  CLERK  OF  COURT
     FOR THE COURT